UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN SNOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:25-cv-00276-SDN |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On August 5, 2025, the Magistrate Judge recommended dismissing Mr. Snowman's complaint after a preliminary review. ECF No. 6. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. On August 28, 2025, the Magistrate Judge granted Mr. Snowman's motion for an extension of time to object to the recommendation. ECF No. 8. The time within which to file objections expired on September 26, 2025, and no objections have been filed.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 6. Plaintiff's complaint, ECF No. 1, is **DISMISSED**.

**SO ORDERED.**

Dated this 28th day of October, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**